UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MOMPATI MARUPING

V.                                          C.A. No.: 1:17-CV-11929

ENHANCED RECOVERY
COMPANY, LLC.

## STIPULATION OF VOLUNTARY DISMISSAL

Now comes the Plaintiff, Mompati Maruping and dismisses his Complaint in the above-captioned matter, with prejudice.

Dated: October 31, 2017

| | |
|---|---|
| MOMPATI MARUPING,<br>Plaintiff,<br>By his attorney, | ENHANCED RECOVERY COMPANY, LLC.,<br>Defendant,<br>by its attorney, |
| /s/ Elizabeth W. Shealy<br>Elizabeth W. Shealy, Esq. BBO #658015<br>86 Preston Drive<br>Cranston, RI 02910<br>(401) 556-0324<br>ewshealy@gmail.com | /s/ Sean T.C. Phelan<br>Sean T.C. Phelan, Esq. BBO # 674078<br>1055 Thomas Jefferson St. NW Suite 400<br>Washington, DC 20007<br>(202) 263-4339<br>sphelan@sgrlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been sent electronically to counsel for the defendants via electronic filing on October 31, 2017:

      Sean T.C. Phelan, Esq.
      Smith, Gambrell & Russell LLP
      1055 Thomas Jefferson St. NW Suite 400
      Washington, DC 20007

                                                                           /s/ Elizabeth W. Shealy